UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 16-5041-KS                                                                  Date: December 16, 2016

Title   *Tami A. Romersheuser v. Carolyn W. Colvin*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On December 15, 2016, counsel for plaintiff filed a Motion To Withdraw As Attorney Of Record with a related notice, supporting memorandum of points and authorities, and declaration by plaintiff's counsel Denise Bourgeois Haley (collectively, the "Motion"). (Dkt. No. 20.)  In support of the Motion, plaintiff's counsel asserts that "the attorney-client relationship has failed," "counsel has been unable to communicate with plaintiff," "counsel cannot make substantive decisions about plaintiff's case without the express direction or consent of the plaintiff," and, both on November 22, 2016 and December 15, 2016, "plaintiff requested other counsel; [but] a substitution of counsel has not been forthcoming." (Motion at 3, 5.)  A proof of service attached to the Motion indicates that counsel served a copy of the Motion on plaintiff by mail. (Motion at 6.)

The Court has carefully reviewed the Motion, and it appears to the Court that it should grant the relief requested, because the Court cannot force counsel to pursue an action when the attorney-client relationship essentially has ceased to exist.  Nevertheless, before granting the Motion, the Court believes it is appropriate to provide plaintiff with an opportunity to be heard.

Accordingly, on or before **January 15, 2017**, plaintiff is **ORDERED TO SHOW GOOD CAUSE**, if any exists, why the Court should not grant the Motion.  If plaintiff opposes the Motion, she must file and serve on her counsel, as well as defense counsel, a written Opposition to the Motion.  If plaintiff disputes any of the facts asserted in the Motion, plaintiff must provide with her Opposition a declaration signed by her under penalty of perjury, which sets forth her version of the facts. **Alternatively**, if plaintiff does not oppose the Motion, she may satisfy her obligation under this Order by:  (1) filing a Notice of Dismissal; (2) filing a Notice of Substitution of Attorney; or (3) informing the Court in a Response to the Motion,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 16-5041-KS                                                    Date: December 16, 2016

Title      *Tami A. Romersheuser v. Carolyn W. Colvin*

which shall be served upon her counsel and defense counsel, that she is going to represent herself.

The Clerk is directed to serve a copy of this Order and the Motion on plaintiff directly at the address which she provided to her counsel. The Clerk is also directed to send to plaintiff a copy of Form CV-009 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)).

**Plaintiff is expressly cautioned that her failure to timely respond to this Order will be deemed to constitute consent to the granting of the Motion pursuant to Local Rule 7-12, and further, could result in the dismissal of the action, pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1, for failure to prosecute.**

**IT IS SO ORDERED.**

Service List
Tami A. Romersheuser
218 W. Carson St. Apt. 24
Carson, CA 90745

Denise Bourgeois Haley
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670

Paul H. Sachelari
SAUSA - Office of the United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105

cc:     All Parties of Record

:
**Initials of Preparer**   rhw