JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMI A. ROMERSHEUSER,** )<br>**Plaintiff,** )<br>v. )<br> )<br>**NANCY A. BERRYHILL**, **Acting** )<br>**Commissioner of Social Security,** )<br>**Defendant.** )<br>_____ ) | **NO. CV 16-5041-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that Plaintiff's Motion for Summary Judgment is denied, Defendant's Motion for Summary Judgment is granted, the decision of the Commissioner of the Social Security Administration is affirmed, and the above-captioned action is dismissed with prejudice.

DATE: April 19, 2017

*Karen L. Stevenson*

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE